# Exhibit A

2:30 PM
8-2-17

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ALAN FREAS JR.,

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**08/01/2017** at 08:16:43 AM
Clerk of the Superior Court
By Laura Melles, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Diego County Superior Court
330 West Broadway
San Diego, CA 92101

**CASE NUMBER:**
*(Número del Caso):* 37-2017-00028155-CU-BC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Romano Stancroff PC, 360 N. Sepulveda Blvd., Ste. 1010, El Segundo, CA 90245 (310) 477-7990

DATE: 08/02/2017
*(Fecha)*

Clerk, by L. Melles, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* BMW of North America, LLC
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☑ other *(specify):* CCP 17701.16 (LLC)
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mark Romano, Esq. (SBN 244113)<br>ROMANO STANCROFF PC<br>360 N. Sepulveda Blvd., Ste. 1010<br>El Segundo, CA 90245<br>TELEPHONE NO.: (310) 477-7990   FAX NO.: (310) 477-7995<br>ATTORNEY FOR (Name): Alan Freas Jr. | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br>**08/01/2017** at 08:18:43 AM<br>Clerk of the Superior Court<br>By Laura Melles, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: same as above
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

CASE NAME:
Alan Freas Jr. v. BMW of North America, LLC, et al

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited    ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 37-2017-00028155-CU-BC-CTL<br>JUDGE: Judge Judith F. Hayes<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☑ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.☑ monetary  b.☐ nonmonetary; declaratory or injunctive relief  c.☐ punitive
4. Number of causes of action (specify): 2
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: August 1, 2017
Mark Romano
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |

American LegalNet, Inc.
www.FormsWorkflow.com

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice– Physicians & Surgeons
   Other Professional Health Care Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip and fall)
   Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
   Intentional Infliction of Emotional Distress
   Negligent Infliction of Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
   Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/ Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court Case Matter
   Writ–Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment *(non-domestic relations)*
   Sister State Judgment
   Administrative Agency Award *(not unpaid taxes)*
   Petition/Certification of Entry of Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-harassment)*
   Mechanics Lien
   Other Commercial Complaint Case *(non-tort/non-complex)*
   Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late Claim
   Other Civil Petition

ROMANO STANCROFF PC
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
360 N. Sepulveda Blvd., Suite 1010
El Segundo, CA 90245
Telephone: (310) 477-7990
Fax: (310) 477-7995

Attorneys for Plaintiff,
ALAN FREAS JR.

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**08/01/2017** at 08:18:43 AM
Clerk of the Superior Court
By Laura Melles, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO

ALAN FREAS JR.,

   Plaintiff,

vs.

BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,

   Defendants.

Case No.: 37-2017-00028155-CU-BC-CTL

**COMPLAINT**

1. **SONG-BEVERLY ACT**
2. **MAGNUSON-MOSS ACT**

*Assigned for All Purposes to the Honorable*
Department

Plaintiff, ALAN FREAS JR., alleges as follows against Defendants, BMW OF NORTH AMERICA, LLC, and DOES 1 through 10 inclusive, on information and belief, formed after an inquiry reasonable under the circumstances:

### GENERAL ALLEGATIONS

1. Plaintiff is an individual residing in the City of San Diego, County of San Diego, and State of California.

-1-
Complaint

2.   Defendant BMW OF NORTH AMERICA, LLC is and was a Delaware limited liability company registered to do business in the State of California with its registered office in the City of Los Angeles, County of Los Angeles, State of California.

3.   This cause of action arises out of the Plaintiff's purchase of a new 2011 BMW 740I, VIN: WBAKA4C59BC613124.

4.   Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under the provisions of section 474 of the California Code of Civil Procedure. Defendants Does 1 through 10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to Plaintiff. Plaintiff will seek leave to amend this Complaint to set forth the true names and capacities of the fictitiously named Defendants together with appropriate charging allegations when ascertained.

5.   All acts of corporate employees as alleged were authorized or ratified by an officer, director or managing agent of the corporate employer.

6.   Each Defendant whether actually or fictitiously named herein, was the principal, agent (actual or ostensible) or employee of each other Defendant and in acting as such principal or within the course and scope of such employment or agency, took some part in the acts and omissions hereinafter set forth by reason of which each Defendant is liable to Plaintiff for the relief prayed for herein.

7.   On March 12, 2014, Plaintiff purchased a 2011 BMW 740I, VIN: WBAKA4C59BC613124, ("the vehicle").

8.   BMW OF NORTH AMERICA, LLC extended to Plaintiff express warranties by which BMW OF NORTH AMERICA, LLC undertook to preserve or maintain the utility or performance of Plaintiff's vehicle or provide compensation if there was a failure in such utility or performance.

9. The vehicle was delivered to Plaintiff with serious defects and nonconformities to warranty and developed other serious defects and nonconformities to warranty including, but not limited to, various engine, HVAC, electrical, and structural defects.

## JURISDICTION AND VENUE

10. Venue is proper in this judicial district and the County of San Diego because BMW OF NORTH AMERICA, LLC does business in the State of California, and has not designated with the California Secretary of State a principal place of business within the State of California pursuant to Corporations Code §2105(a)(3). Accordingly, Defendant BMW OF NORTH AMERICA, LLC may be sued in any county in the state of California, including San Diego County.

11. This Court has jurisdiction over Plaintiff's claims because Plaintiff is a resident of California, and Defendant, BMW OF NORTH AMERICA, LLC is qualified and licensed to do business in California.

## FIRST CAUSE OF ACTION

(Violation of the Song-Beverly Consumer Warranty Act)

12. Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and realleged.

13. Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil Code sections 1790 *et seq.* The vehicle constitutes "consumer goods" purchased primarily for family or household purposes and Plaintiff has used the vehicle primarily for those purposes.

14. Plaintiff is a "buyer" of consumer goods under the Act.

15. Defendant BMW OF NORTH AMERICA, LLC is a "manufacturer" and/or "distributor" under the Act.

16. The sale of the vehicle to Plaintiff was accompanied by an implied warranty that the vehicle was merchantable. The sale of the vehicle to Plaintiff was also accompanied by Defendants' implied warranty of fitness.

-3-
Complaint

17. The foregoing defects and nonconformities to warranty manifested themselves within the applicable express warranty period. The nonconformities substantially impair the use, value and/or safety of the vehicle.

18. Plaintiff delivered the vehicle to BMW OF NORTH AMERICA, LLC authorized repair facilities for repair of the nonconformities on numerous occasions.

19. Defendants were unable to conform Plaintiff's vehicle to the applicable express and implied warranties after a reasonable number of attempts.

20. The defects and nonconformities rendered the vehicle unmerchantable.

21. In addition, Defendants were unable to conform Plaintiff's vehicle to the applicable warranties within thirty (30) days from delivery by Plaintiff to its authorized dealer in violation of Cal. Civ. Code Sect. 1793.2(b).

22. Notwithstanding Plaintiff's entitlement, Defendant manufacturer has failed to either promptly replace the new motor vehicle or promptly make restitution in accordance with the Song-Beverly Consumer Warranty Act.

23. By failure of Defendants to remedy the defects as alleged above, or to issue a refund or replacement, Defendants are in breach of their obligations under the Act.

24. Plaintiff is entitled to justifiably revoke acceptance of the vehicle under the Act.

25. Under the Act, Plaintiff is entitled to reimbursement of the purchase price paid for the vehicle less that amount directly attributable to use by the Plaintiff prior to discovery of the nonconformities.

26. Plaintiff is entitled to all incidental, consequential and general damages resulting from Defendants' failure to comply with their obligations under the Act.

27. Plaintiff is entitled under the Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action.

28. Plaintiff is entitled in addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages in that BMW OF NORTH AMERICA, LLC has willfully failed to comply with its responsibilities under the Act.

### SECOND CAUSE OF ACTION

(Violation of the Federal Magnuson-Moss Warranty Act - Against All Defendants)

29. Plaintiff incorporates herein by reference each and every allegation contained in the preceding and succeeding paragraphs as though herein fully restated and realleged.

30. Plaintiff is a "consumer" as defined in the Magnuson-Moss Warranty Act (referred to as "Mag-Moss"), 15 U.S.C. § 2301(3).

31. Defendant, BMW OF NORTH AMERICA, LLC is a "supplier" and "warrantor" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(4), 15 U.S.C. § 2301(5).

32. The vehicle is a "consumer product" as defined in the Mag-Moss Act, 15 U.S.C. § 2301(1).

33. In addition to the express warranty, in connection with the sale of the vehicle to Plaintiff, an implied warranty of merchantability was created under California law. The vehicle's implied warranties were not disclaimed using a Buyer's Guide displayed on the vehicle; thus any purported disclaimers were ineffective pursuant to 15 U.S.C. § 2308(c).

34. Defendants violated the Mag-Moss Act when they breached the express warranty and implied warranties by failing to repair the defects and nonconformities, or to replace or repurchase the vehicle.

35. Plaintiff performed all terms, conditions, covenants, promises and obligations required to be performed on Plaintiff's part under the terms of the sales agreement, and express warranty and implied warranty except for those terms and conditions, covenants, promises and obligations or payments for which performance and/or compliance has been excused by the acts and/or conduct of the Defendants and/or by operation of law.

36. As a direct and proximate result of the acts and omissions of the Defendants, Plaintiff has been damaged in the form of general, special and actual damages in an amount within the jurisdiction of this Court, according to proof at trial.

37. Under the Act, Plaintiff is entitled to rescission of the contract, reimbursement of the purchase price paid for the vehicle.

38. Plaintiff is entitled to all incidental, consequential and general damages resulting from Defendants' failure to comply with their obligations under the Mag-Moss Act.

39. Plaintiff is entitled under the Mag-Moss Act to recover as part of the judgment a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably incurred in connection with the commencement and prosecution of this action pursuant to 15 U.S.C. § 2310(d)(2).

WHEREFORE, Plaintiff prays for judgment against Defendants, as follows:

1. For general, special and actual damages according to proof at trial;
2. For rescission of the purchase contract and restitution of all monies expended;
3. For diminution in value;
4. For incidental and consequential damages according to proof at trial;
5. For civil penalty in the amount of two times Plaintiff's actual damages;
6. For prejudgment interest at the legal rate;
7. For reasonable attorney's fees and costs of suit; and
8. For such other and further relief as the Court deems just and proper under the circumstances.

ROMANO STANCROFF PC

_____
MARK ROMANO (SBN 244113)
Attorneys for Plaintiff
ALAN FREAS JR.

Dated: 8/1/17

-6-
Complaint

**EXHIBIT 1**

FORM# 2340N STOR#_074_ _____

# SIMPLE INTEREST VEHICLE CONTRACT FOR SALE AND SECURITY AGREEMENT

**SECTION A:**
Buyer's Name(s): ALAN FREAS JR
Name:
Address: 4608 SWAYING PALMS DR
City: LAS VEGAS    County:
State: NV    Zip: 89147
Bus. Phone: (702) 698-7000   Res. Phone: (702) 724-6461
Stock No.: BC613124   Salesman: TESTAMARK, GLEN   Date: 03/12/2014

CREDITOR: BMW OF LAS VEGAS
Address: 6900 W SAHARA AVE
City: LAS VEGAS
State: NV    County:   Zip: 89117
Phone: (702) 871-1010

**SECTION B: DISCLOSURE MADE IN COMPLIANCE WITH FEDERAL TRUTH IN LENDING ACT.**

Your Payment Schedule will be: (e) means an estimate

| Number of payments: | Amount of payments: | When payments are due: |
|---|---|---|
| 71 | 825.71 | MONTHLY STARTING: 04/26/2014 |
| 1 | 825.71 | DUE ON: 03/26/2020 |
| N/A | N/A | N/A |

**ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. **3.50 %**

**FINANCE CHARGE** The dollar amount the credit will cost you. **$ 5969.18**

**Amount Financed** The amount of credit provided to you or on your behalf. **$ 53481.94**

**Total of Payments** The amount you will have paid after you have made all payments as scheduled. **$ 59451.12**

**Total Sales Price** The total cost of your purchase on credit, including your down payment of $ 2172.99. **$ 61624.11**

INSURANCE AND DEBT CANCELLATION: Credit life insurance, credit disability insurance and debt cancellation coverage, which is also known as GAP coverage, are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| | Premium: | Term: | Signature(s): |
|---|---|---|---|
| Credit life: | $ N/A | N/A | I want credit life insurance: X Signature(s) |
| Joint credit life: | $ N/A | N/A | We want joint credit life insurance: X Signature(s) |
| Credit disability: | $ N/A | N/A | I want credit disability insurance: X Signature(s) |
| Credit life and disability: | $ N/A | N/A | I want credit life and disability insurance: X Signature(s) |
| Joint credit life and disability: | $ N/A | N/A | We want joint credit life and single disability insurance: X Signature(s) |
| Debt cancellation coverage (GAP coverage) | $ 412.00 | 72 | I want debt cancellation coverage (GAP coverage): XX Signature(s) |

You may obtain property insurance from anyone you want that is acceptable to the Creditor on page 1 of 2. If you get the insurance from the Creditor, you will pay $ N/A and the term of the insurance will be N/A.

SECURITY: You are giving a security interest in the goods or property being purchased.
☐ If checked, you are giving a security interest in N/A.
LATE CHARGE: If a payment is more than 10 days late, you will be charged $15 or 8 percent of the payment, whichever is less.
PREPAYMENT: If you pay off early, you will not have to pay a penalty.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and penalties.

**SECTION C: ITEMIZATION OF AMOUNT FINANCED.**

1. Vehicle Selling Price $ 44991.00
   Plus: Documentary Fee $ 399.50
   (This charge represents costs and profit to the dealer for items such as inspecting, cleaning, adjusting vehicles, and preparing documents related to the sale.)
   Plus: Emissions Inspection Fee $ 42.00
   Plus: Other (_____) $ N/A
   Plus: Other (_____) $ N/A
   Plus: Other (N/A) $ N/A
   Total Taxable Selling Price $ 45432.50
2. Total Sales Tax $ 3680.03
3. Amounts Paid to Public Officials
   a. Titling Fee $ 28.25
   b. Registration Fee $ N/A
   c. Other N/A $ N/A
   Total Official Fees (Add 3a through 3c) $ 28.25
4. Optional, nontaxable, fees or charges
   a. N/A $ N/A
   b. N/A $ N/A
   c. N/A $ N/A
   d. BMW $ 2995.00
   e. _____ $ N/A
   f. N/A $ N/A
   Total Optional, nontaxable, fees or charges
   (Add 4a through 4f) $ 299500

**SECTION D: VEHICLE RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT.**

This contract is made the 12TH (day) of MARCH (month) of 2014 (year), between you, the Buyer(s) shown on page 1 of 2, and us, the Seller shown as Creditor on page 1 of 2. Having been quoted a cash price and a credit price and having chosen to pay the credit price (shown as the Total Sales Price in Section B on page 1 of 2), you agree to buy and we agree to sell, subject to all the terms of this contract, the following described vehicle, accessories and equipment (all of which are referred to in this contract as "Collateral"):

New or Used: USED   Year and Make: 2011 BMW
Series: 740I   Body Style: SD   No. Cyl.: 6
If truck, ton capacity: _____

Manufacturer's Serial Number: WBAKA4C59BC613124
Use for which purchased: ☒ Personal  ☐ Business  ☐ Agriculture
INCLUDING:
☐ Sun/Moon Roof  ☐ Air-Conditioning  ☐ Automatic Transmission
☐ Power Steering  ☐ Power Door Locks  ☐ Power Seats
☐ Power Windows  ☐ Tilt Wheel  ☐ Vinyl Top
☐ Cassette  ☐ Cruise Control  ☒ AM/FM Stereo
☐ Compact Disc Player

GRAY Color _____ Tires _____ Lic. No.
You severally and jointly promise to pay us the Total of Payments (shown in

3. Amounts Paid to Public Officials
   a. Titling Fee           $ 28.25
   b. Registration Fee      $ N/A
   c. Other  N/A            $ N/A
   Total Official Fees (Add 3a through 3c)  $ 28.25
4. Optional, nontaxable, fees or charges*
   a. N/A                   $ N/A
   b. N/A                   $ N/A
   c. N/A                   $ N/A
   d. BMW                   $ 2995.00
   e. ___                   $ N/A
   f. N/A                   $ N/A
   Total Optional, nontaxable, fees or charges
   (Add 4a through 4f)      $ 299500
5. TOTAL CASH SALES PRICE   $ 52135.78
6. Gross Trade In Allowance $ 26827.01
   2012  BMW   328I CP  S   WBAKE5C56CJ106205
   Year  Make  Model        VIN
   Less Prior Credit or Lease Balance  $ 29934.16
   Net Trade In Allowance
   (If negative, enter 0 and see line 11a)  $ 0.00
7. Down Payment (Other Than Net Trade-In Allowance):
   a. Trade-In Sales Tax Credit  $ 2172.99
   b. Cash                       $ N/A
   c. Manufacturer's Rebate      $ N/A
   d. Deferred Down Payment      $ N/A
   e. Other ( N/A )              $ N/A
   Down Payment (Add 7a through 7e)  $ 2172.99
8. TOTAL DOWN PAYMENT AND
   NET TRADE-IN ALLOWANCE (Add 6 and 7)  $ 2172.99
9. UNPAID BALANCE OF CASH SALES PRICE
   (Subtract 8 from 5)   $ 49962.79
10. Plus Optional Insurance and Debt Cancellation Charges*
    a. Credit Life Insurance Premium
       Paid to ( N/A ) Term ( N/A ) $ N/A
    b. Credit Disability Insurance Premium
       Paid to ( N/A ) Term ( N/A ) $ N/A
    c. Debt Cancellation Coverage (GAP Coverage)
       Paid to GAP Term ( 72 ) $ 412.00
    d. Other Insurance
       Paid to ( N/A ) Term ( N/A ) $ N/A
    Total Optional Insurance and Debt Cancellation
    Charges (Add 10a through 10d)  $ 412.00
11. Other Amounts Financed*
    a. Prior Credit or Lease Balance
       Paid to BMWFS            $ 3107.15
    b. N/A
       Paid to N/A              $ N/A
    c. N/A
       Paid to N/A              $ N/A
    Total Other Amounts Financed (Add 11a through 11c)  $ 3107.15
12. TOTAL AMOUNT FINANCED (Add 9, 10 and 11)  $ 53481.94
*Seller may retain or receive a portion of this amount.

If truck, ton capacity: ___
Manufacturer's Serial Number: WBAKA4C59BC613124
Use for which purchased: ☒ Personal  ☐ Business  ☐ Agriculture
INCLUDING:
☐ Sun/Moon Roof        ☐ Air-Conditioning     ☐ Automatic Transmission
☐ Power Steering       ☐ Power Door Locks     ☐ Power Seats
☐ Power Windows        ☐ Tilt Wheel           ☐ Vinyl Top
☐ Cassette             ☐ Cruise Control       ☒ AM/FM Stereo
☐ Compact Disc Player

GRAY  Color ___ Tires ___ Lic. No. ___

You, severally and jointly, promise to pay us the Total of Payments (shown in Section B) according to the Payment Schedule (also shown in Section B), until paid in full, together with Interest after maturity at the Annual Percentage Rate disclosed on page 1 of 2.

To secure such payment, you grant to us a purchase money security interest under the Uniform Commercial Code in the Collateral and in all accessions to and proceeds of the Collateral. Insurance in which we or our assignee are named as beneficiary or loss payee, including any proceeds of such insurance or refunds of unearned premiums, or both, are assigned as additional security for this obligation and any other obligation created in connection with this sale. We, our successors and assigns, hereby waive any other security interest or mortgage which would otherwise secure your obligations under this contract except for the security interests and assignments granted by you in this contract.
Address where Collateral will be located:

Street 4608 SWAYING PALMS DR   City LAS VEGAS
County ___   State NV

Your address after receipt of possession of Collateral:

Street 4608 SWAYING PALMS DR   City LAS VEGAS
County ___   State NV

Notice of Rescission Rights
(Option to Cancel)

If the Buyer signs here, the notice of rescission rights on page 2 of 2 is applicable to this contract.

Buyer's signature X ___

Co-Buyer's signature X ___

STATE DISCLOSURE REQUIREMENTS: The provisions of Section B and Section C are incorporated into this agreement for purposes of state disclosure requirements.

Additional Terms and Conditions: The additional terms and conditions set forth in this contract are a part of this contract and are incorporated herein by reference.

OPTION: ___ You pay no Finance Charge if the Total Amount Financed, Item No. 12, Section C, is paid in full on or before the ___ (day) of ___ (month) of ___ (year).

SELLER'S INITIALS: ___

SECTION E:
☐ If checked, you agree to use electronic records and electronic signatures to document this contract. Your electronic signatures on electronic records will have the same effect as signatures on paper documents. We may designate one authoritative copy of this contract. If we do, the authoritative copy will be the electronic copy in a document management system we designate for storing authoritative copies. We may convert the authoritative copy to a paper original. We will do so by printing one paper copy marked "Original." This paper original will have your electronic signature on it. It will have the same effect as if you had signed it originally on paper.

| | | |
|---|---|---|
| NET TRADE-IN ALLOWANCE (Add 6 and 7) | $ 2172.99 | |
| 9. UNPAID BALANCE OF CASH SALES PRICE (Subtract 8 from 5) | $ 49962.79 | |
| 10. Plus Optional Insurance and Debt Cancellation Charges* | | |
| a. Credit Life Insurance Premium Paid to N/A ) Term ( N/A ) | $ N/A | |
| b. Credit Disability Insurance Premium Paid to N/A ) Term ( N/A ) | $ N/A | |
| c. Debt Cancellation Coverage (GAP Coverage) Paid to GAP ) Term ( 72 ) | $ 412.00 | |
| d. Other Insurance Paid to ( N/A ) Term ( N/A ) | $ N/A | |
| Total Optional Insurance and Debt Cancellation Charges (Add 10a through 10d) | $ 412.00 | |
| 11. Other Amounts Financed* | | |
| a. Prior Credit or Lease Balance Paid to BMWFS | $ 3107.15 | |
| b. N/A Paid to N/A | $ N/A | |
| c. N/A Paid to N/A | $ N/A | |
| Total Other Amounts Financed (Add 11a through 11c) | $ 3107.15 | |
| 12. TOTAL AMOUNT FINANCED (Add 9, 10 and 11) | $ 53481.94 | |

*Seller may retain or receive a portion of this amount.

Street 4608 SWAYING PALMS DR   City LAS VEGAS
County _____   State NV

**Notice of Rescission Rights**
**(Option to Cancel)**

If the Buyer signs here, the notice of rescission rights on page 2 of 2 is applicable to this contract.

Buyer's signature X _____

Co-Buyer's signature X _____

STATE DISCLOSURE REQUIREMENTS: The provisions of Section B and Section C are incorporated into this agreement for purposes of state disclosure requirements.

Additional Terms and Conditions: The additional terms and conditions set forth in this contract are a part of this contract and are incorporated herein by reference.

OPTION: _____ You pay no Finance Charge if the Total Amount Financed, Item No. 12, Section C, is paid in full on or before the _____ (day) of _____ (month) of _____ (year).

SELLER'S INITIALS: _____

## SECTION E:

☐ If checked, you agree to use electronic records and electronic signatures to document this contract. Your electronic signatures on electronic records will have the same effect as signatures on paper documents. We may designate one authoritative copy of this contract. If we do, the authoritative copy will be the electronic copy in a document management system we designate for storing authoritative copies. We may convert the authoritative copy to a paper original. We will do so by printing one paper copy marked "Original." This paper original will have your electronic signature on it. It will have the same effect as if you had signed it originally on paper.

If you agree to use electronic records and electronic signatures, we will comply with all applicable federal, state and local law and regulations.

UPON ENTERING INTO THIS CONTRACT, YOU WILL RECEIVE A PAPER COPY OF THE ORIGINAL CONTRACT ELECTRONICALLY SIGNED AND COMPLETE WITH ALL TERMS, CONDITIONS AND DISCLOSURES TO TAKE WITH YOU.

**NOTICE TO BUYER**

Do not sign this agreement before you read it or if it contains any blank spaces. You are entitled to a completed copy of this agreement. If you pay the amount due before the scheduled date of maturity of the indebtedness and you are not in default in the terms of the contract for more than 2 months, you are entitled to a refund of the unearned portion of the finance charge. If you fail to perform your obligations under this agreement, the vehicle may be repossessed and you may be liable for the unpaid indebtedness evidenced by this agreement.

If you are buying a used vehicle with this contract, as indicated in the description of the vehicle on page 1 of 2, federal regulation may require a special buyer's guide to be displayed on the window.

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

The text of the preceding two paragraphs is set forth below in Spanish:

Si usted está comprando un vehículo usado mediante este contrato según la descripción del vehículo en la pagina 1 de 2, la ley federal podrá exigir que la ventanilla demuestre una guía especial para el comprador.

LA INFORMACIÓN QUE USTED VE EN LA FORMA DE VENTANILLA PARA ESTE VEHÍCULO ES PARTE DE ESTE CONTRATO. LA INFORMACIÓN EN LA FORMA DE VENTANILLA DOMINA CUALESQUIER ESTIPULACIÓN CONTARIA EN EL CONTRATO DE VENTA.

BUYER AND CO-BUYER ACKNOWLEDGE RECEIPT OF A TRUE AND COMPLETELY FILLED-IN PAPER COPY OF THIS CONTRACT AND THE DISCLOSURE ON PAGE 1 OF 2 AT THE TIME OF SIGNING.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED UNLESS OTHERWISE INDICATED IN SECTION C.

Buyer: X _____   Date 03/12/14   Co-Buyer: X _____   Date: _____
Creditor: BMW OF LAS VEGAS   Date 03/12/14   By: X _____   Title: _____

LAW FORM NO. 553-NV (REV. 10-12)
©2012 Reynolds and Reynolds. TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Page 1

CUSTOMER/TRUTH IN LENDING COPY