# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FREAS, JR., <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, <br><br> Defendant. | Case No.: 3:17-cv-01761-H-AGS <br><br> **JUDGMENT IN FAVOR OF DEFENDANT** |

On October 31, 2018, this action came before the Court for a jury trial with the Honorable Marilyn L. Huff presiding. (Doc. No. 88.) Plaintiff Alan Freas, Jr. appeared and was represented by Mark Romano. Defendant BMW of North America, LLC appeared and was represented by Michael J. Hurvitz.[1]

The jury issues have been tried, and on November 1, 2018, the jury rendered its unanimous verdict on the following questions:

///

---

[1] On October 3, 2017, the Court granted the parties' joint motion to dismiss Plaintiff's first cause of action for violation of the Song-Beverly Consumer Warranty Act. (Doc. No. 8.)

**Breach of Written Warranty**

1. Did Defendant BMW of North America, LLC make a written warranty covering Plaintiff Alan Freas, Jr.'s 2011 BMW 740i?
   a. Yes.
2. Did Plaintiff Alan Freas, Jr.'s 2011 BMW 740i have defects covered by the written warranty?
   a. Yes.
3. Did Plaintiff Alan Freas, Jr. report defects of the 2011 BMW 740i to Defendant BMW of North America, LLC or its authorized repair facilities during the warranty period?
   a. Yes.
4. Did Plaintiff Alan Freas, Jr. give Defendant BMW of North America, LLC a reasonable opportunity to repair the defects in the 2011 BMW 740i during the warranty period?
   a. Yes.
5. Did Defendant BMW of North America, LLC fail to repair the defects in Plaintiff Alan Freas, Jr.'s 2011 BMW 740i after having a reasonable opportunity to do so during the warranty period?
   a. No.

///
///
///
///
///
///
///
///
///

**Breach of Implied Warranty**

1. Did Plaintiff Alan Freas, Jr. purchase a 2011 BMW 740i from Defendant BMW of North America, LLC or its authorized retailer?
   a. Yes.
2. Was Defendant BMW of North America, LLC a merchant with respect to the 2011 BMW 740i?
   a. Yes.
3. Was the 2011 BMW 740i merchantable at the time of sale to Plaintiff Alan Freas, Jr.?
   a. Yes.

(Doc. No. 97.)

Accordingly, pursuant to the jury's findings, the Court enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

DATED: November 26, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT